IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HUONG LE, an individual, | 09-CV-1352-AC |
| Plaintiff, | ORDER |
| v. | |
| GENTLE DENTAL OF OREGON, an Oregon Corporation; HAROLD GABLE, an individual; and JON BUKOVI, an individual, | |
| Defendants. | |

BROWN, Judge.

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#21) on July 29, 2010, in which he recommends

1 - ORDER

this Court grant Defendants' Motion (#4) to Compel Arbitration and stay this matter pending arbitration. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#21). Accordingly, the Court **GRANTS** Defendants' Motion (#4) to Compel Arbitration and **STAYS** this matter pending arbitration.

IT IS SO ORDERED.

DATED this 24th day of August, 2010.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER